UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BERNHARD MECHANICAL
CONTRACTORS, L.L.C.                               CIVIL ACTION

V.                                                NO. 17-6827

ARCH INSURANCE COMPANY, ET AL.                    SECTION "F"

## ORDER AND REASONS

Before the Court are requests for oral argument on the pending motions to remand, withhold reference to bankruptcy court, and transfer the case to the Southern District of Mississippi. The requests are DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the motions do not involve any of the above factors, IT IS ORDERED: that the requests for oral argument on the two pending motions to remand, the motion to withhold reference to bankruptcy court, and the motion to transfer the case are DENIED.

New Orleans, Louisiana, August 17, 2017

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE